UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

LAINE MANGOME and MARIA MANGOME,

                                                  Plaintiffs,

                  -against-

THE CITY OF NEW YORK; COMMISSIONER RAYMOND W. KELLY; LT. DIPERRO; SGT. DENNIS CARMODY, Shield # 536; SGT. COLLINS; DET. V. H. OBELT; DETECTIVE TORO, Shield # 2206; DET. SOUTH; DET. RAMOS; DET. ABBANESSA; DET. McCABE; U.C. #7574; U.C. #6813; U.C. #5109, the individual defendants sued individually and in their official capacities,

                                                 Defendants.

------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

06 CV 0859 (LBS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-6-07

        **WHEREAS,** plaintiffs Laine Mangome and Maria Mangome commenced this action by filing a complaint on or about February 3, 2006, alleging that certain of their federal and state rights were violated; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiffs' allegations; and

        **WHEREAS,** plaintiffs and defendants now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **WHEREAS,** no party herein is an infant or incompetent for whom a committee has been appointed; and

        **WHEREAS,** plaintiffs Laine Mangome and Maria Mangome agree to settle this matter as against defendants on the terms enumerated below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed as against defendants, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff Laine Mangome the sum of SEVENTEEN THOUSAND, ~~FIVE DOLLARS~~ *MH* Dollars *MH* ($17,~~5~~000.00) in full satisfaction of all claims as against defendants, including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the defendants City of New York, Commissioner Raymond W. Kelly, Lieutenant DiPerro, Sergeant Dennis Carmody, Sergeant Collins, Detectives V.H. Obelt, Toro, South, Ramos, Abbanessa and McCabe and U.C. #'s: 7574, 6813 and 5109 , and to release all defendants, and any present or former employees or agents of the City of New York from any and all liability, claims, or rights of action which were or could have been alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3. The City of New York hereby agrees to pay plaintiff Maria Mangome the sum of ~~THREE~~ FOUR *MH* THOUSAND, ~~FIVE HUNDRED~~ *MH* DOLLARS ($~~3,500~~ 4,000.00) *MH* in full satisfaction of all claims as against defendants, including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the defendants City of New York, Commissioner Raymond W. Kelly, Lieutenant DiPerro, Sergeant Dennis Carmody, Sergeant Collins, Detectives V.H. Obelt, Toro, South, Ramos, Abbanessa and McCabe and U.C. #'s: 7574, 6813 and 5109 , and to release all defendants, and any present or former employees or agents of the City of New York from any and all liability,

- 3 -

claims, or rights of action which were or could have been alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

4. Plaintiffs Laine Mangome and Maria Mangome shall execute and deliver to the City attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens or an Affidavit Concerning Liens. (Circle One)

5. Other than as set forth in paragraph "2" above, plaintiffs or any party in privity with them, shall have no recovery for any damages, injury, equitable or other relief, or fees or costs in connection therewith.

6. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

7. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

8. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
8/24, 2007

Michael O. Hueston, Esq.
350 Fifth Avenue, Suite 6110 4810
New York, NY 10118

By: _____
MICHAEL O. HUESTON (MH 0431)
Attorney for Plaintiff

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street, Room 3-198
New York, New York 10007
(212) 788-1580

By: _____
CRAIG HANLON (CH 5679)
Assistant Corporation Counsel

SO ORDERED: _____

_____
U.S.D.J.
9/6/07